IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL SPEACH | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PA, et al | : | NO. 14-2875 |

### O R D E R

AND NOW, this 18th day of November, 2014, upon consideration of the petition for writ of habeas corpus and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.,    J.